UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **GABRIEL LAGRANGE ET AL** | **CASE NO. 1:19-CV-00755** |
| **VERSUS** | **JUDGE DRELL** |
| **HARLEY E BOONE ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 55) and after independent (*de novo*) review of the record including the objections filed by defendants, it is hereby

ORDERED that plaintiffs' motion to remand (Doc. 16) is GRANTED in part, such that this case is hereby REMANDED to Louisiana's Tenth Judicial District Court for the Parish of Natchitoches. The motion is, however, DENIED as it seeks recoupment of attorney's fees, costs and other expenses associated with defendants' removal, as the court finds that this remedy is unwarranted under the facts of this case. It is further

ORDERED that the court declines to rule on defendant Roamer's motion to dismiss (Doc. 20) and such motion is DEFERRED TO THE STATE COURT.

THUS DONE AND SIGNED at Alexandria, Louisiana this 20th day of March, 2020.

DEE D. DRELL, JUDGE
UNITED STATES DISTRICT COURT